IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01213-RBJ

STEPHEN E. FLECHNER,

Plaintiff,

v.

STANDARD METALS PROCESSING, INC., f/k/a Standard Gold, Inc., a Nevada corporation,

Defendant.

---

## MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS

---

Plaintiff, Stephen E. Flechner, by and through counsel The Overton Law Firm, for his Motion for Leave to Restrict Public Access states:

1. In this Motion, Plaintiff is asking the Court to Restrict Public Access to a Motion to Enforce Confidential Agreement to Settle Certain Issues that will be filed in the event this Motion to Restrict Public Access is granted.

2. Pursuant to D.C. Colo. L. Civ. R. 7.1 (a) undersigned counsel has conferred with counsel for Defendant and has been advised that Defendant opposes this Motion.

3. On December 9, 2014, the parties entered into a two-page Confidential Agreement to Settle Certain Issues (the "Agreement"). The Agreement was signed by Plaintiff Stephen E. Flechner and by Sharon Ullman, the President and Chief Executive Officer of Defendant Standard Metals Processing, Inc. ("SMP").

4. The Agreement resolved certain issues and preserved a single issue for trial.

5. Trial to the Court is currently set to begin on March 9, 2015.

6. Former counsel for SMP, Tarek F. M. Saad, filed a Motion to Withdraw on January 8, 2015. Mr. Saad was allowed to withdraw by Order dated January 9, 2015.

7. Current counsel for SMP, Joshua D. Brinen, entered his appearance today, January 12, 2015.

8. Mr. Brinen informed undersigned counsel that SMP will not honor the Agreement and further that SMP believes the Agreement to be invalid.

9. Whether the Agreement is enforceable will impact the trial in this matter.

10. Pursuant to D.C. Colo. L. Civ. R. 7.2 (c):

(a) The document for which protection is sought is the yet to be filed Motion to Enforce Confidential Agreement to Settle Certain Issues and the Exhibit thereto which is the December 9, 2014, two-page Confidential Agreement to Settle Certain Issues.

(b) The interest to be protected is the privacy of the parties with respect to their business dealings, and specifically the terms of the partial settlement. Further Mr. Flechner has agreed not to disclose the terms of the Agreement without a Court order. Mr. Flechner does not wish to violate the Agreement. To the contrary, Mr. Flechner wishes to enforce the Agreement.

(c) The interest of privacy to be protected outweighs the presumption of public access because the present civil action is purely a matter of private interest. It does not affect the rights or obligations of any other party, and it does not have any impact on public policy.

(d) The injury that would occur if access is not restricted is one alleged by the Defendant. Apparently Defendant is involved in similar, but not identical, litigation with former employees in addition to Mr. Flechner. Defendant has expressed the concern that it is important

to its strategy in other cases to keep the terms of the Agreement confidential. Mr. Flechner does not allege any harm to himself if this Motion is not granted.

(e ) No alternative restriction is practicable because this Court must review the Agreement in its entirety to determine its enforceability. Further, the short Motion to Enforce Confidential Agreement to Settle Certain Issues, by its nature, must disclose and discuss the terms of the Agreement.

(f) Mr. Flechner is seeking Level 1 restriction, access limited to the parties and to the Court.

11. A Motion to Enforce Confidential Agreement to Settle Certain Issues has been filed contemporaneously with this Motion.

Respectfully submitted January 12, 2015

THE OVERTON LAW FIRM

By: ______________________

Thomas J. Overton
1080 Kalamath Street
Denver, CO 80204
Phone: (303) 832-9249
Fax: (303) 832-5303
Email: tom.overton@overtonlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12 2015, a true and correct copy of the foregoing **Motion for Leave to Restrict Public Access** was served via CM/ECF to the following:

Joshua D. Brinen
Brinen & Associates, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
*jbrinen@brinenlaw.com*

*s/Thomas J. Overton*
The Overton Law Firm