IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 14-cv-01213-RBJ | Date: May 1, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| STEPHEN E. FLECHNER<br>**Plaintiff** | *Thomas J. Overton* |
| v. | |
| STANDARD METALS PROCESSING, INC<br>**Defendant** | *Joshua D. Brinen via telephone* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session: 8:30 a.m.

Appearance of counsel.

Discussion held on [72] Motion to Reconsider Motion to Enforce Confidential Agreement to Settle Certain Issues.

**ORDERED:  [72] Motion to Reconsider Motion to Enforce Confidential Agreement to Settle Certain Issues is GRANTED.**

**Settlement is enforceable and is to be complied with.**

Discussion held on displaying exhibits.

Parties are reminded to contact the Court with disputed matters.

Court in Recess: 8:42 a.m.          Hearing concluded.          Total time in Court: 00:12