IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01213-RBJ

STEPHEN E. FLECHNER,

Plaintiff,

v.

STANDARD METALS PROCESSING, INC., f/k/a Standard Gold, Inc., a Nevada corporation,

Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

---

PLEASE TAKE NOTICE that effective immediately, The Overton Law Firm, including attorneys Thomas J. Overton and Richard J. Gleason, has a new address. All correspondence, pleadings, notices or other communications should hereafter be directed to:

The Overton Law Firm
165 S. Union Boulevard, Suite 542
Lakewood, CO 80228

Respectfully submitted this 9th day of June, 2015

THE OVERTON LAW FIRM

By: ______________________
Thomas J. Overton
1080 Kalamath Street
Denver, CO 80204
Phone: (303) 832-9249
Fax: (303) 832-5303
Email: tom.overton@overtonlawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 9, 2015, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was served via CM/ECF to the following:

Joshua D. Brinen
Brinen & Associates, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
*jbrinen@brinenlaw.com*

__*s/Thomas J. Overton*______________
The Overton Law Firm