**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.   14-cv-01213-RBJ

STEPHEN E. FLECHNER,

    Plaintiff,

v.

STANDARD MJETALS PROCESSING, INC., f/k/a Standard Gold, Inc., a Nevada corporation,

    Defendant.

---

## FINAL JUDGMENT

---

A one-day bench trial was held before this Court on July 29, 2015, and the matter was taken under advisement.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Findings of Fact, Conclusions Of Law, And Order of Judgment, entered by the Honorable R. Brooke Jackson, United States District Judge, on August 12, 2015, it is

ORDERED that Judgment is entered in favor of plaintiff, Stephen E. Flechner, and against the defendant, Standard Metals Processing, Inc., on plaintiff's First Claim for Relief in the amount of $2,157,000.

IT IS FURTHER ORDERED that prejudgment interest is awarded pursuant to C.R.S. §5-12-102 in an amount to be agreed upon by the parties or determined by the Court.

IT IS FURTHER ORDERED that plaintiff is awarded costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of August 2015.

APPROVED:                                              FOR THE COURT:

                                                                     JEFFREY P. COLWELL, CLERK

                                                                         s/Deborah Hansen

Judge R. Brooke Jackson                          Deborah Hansen, Deputy Clerk
United States District Court