IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01213-RBJ

STEPHEN E. FLECHNER,

     Plaintiff,

v.

STANDARD METALS PROCESSING, INC., f/k/a Standard Gold, Inc., a Nevada
corporation ,

     Defendant.

---

## AMENDED FINAL JUDGMENT

---

     A one-day bench trial was held before this Court on July 29, 2015, and the matter
was taken under advisement.

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders
entered during the pendency of this case, and the Findings of Fact, Conclusions Of
Law, And Order of Judgment, entered by the Honorable R. Brooke Jackson, United
States District Judge, on August 12, 2015, it is

     ORDERED that Judgment is entered in favor of plaintiff, Stephen E. Flechner,
and against the defendant, Standard Metals Processing, Inc., on plaintiff's First Claim
for Relief in the amount of $2,157,000.

IT IS FURTHER ORDERED that prejudgment interest is awarded pursuant to C.R.S. §5-12-102 at the statutory interest rate of eight percent per annum (8%).  By stipulation of the parties the amounts are as follows:

| | | |
|---|---|---|
| (a) | Interest rate of 8% on $446,400 from February 26, 2014 to July 29, 2015 ($97.84/day): | $ 50,778.96 |
| (b) | Interest rate of 8% on $130,000 from March 19, 2014 to July 29, 2015 ($28.49/day): | $ 14,188.02 |
| (c) | Interest rate of 8% on $896,000 from April 1, 2014 to July 29, 2015 ($196.38/day): | $ 95,244.30 |
| (d) | Interest rate of 8% on $684,700 From April 1, 2014 to July 29, 2015 ($150.07/day): | $ 72,783.95 |
| (e) | Interest rate of 8% from trial, July 29, 2015, to date of Judgment, August 12, 2015 (15 days x $150.07/day) | $ 2,251.05 |

Total Interest through date of Judgment:          $235,246.28

The parties have further stipulated that interest will continue to accrue on the Judgment amount of $2,157,000 at the rate of eight percent per annum (8%) or $472.76/day from August 12, 2015 until paid in full.

IT IS FURTHER ORDERED that plaintiff is awarded costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 54.1.

DATED this 28th day of August, 2015.

2

APPOVED:                                              FOR THE COURT:


                                                      JEFFREY P. COLWELL, CLERK

_____          __s/Deborah Hansen__
R. Brooke Jackson                                     Deputy Clerk
United States District Judge